THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Charles R Drake Jr
Virginia L Drake

CASE NO: 16-57583

CHAPTER 13

JUDGE: C KATHRYN PRESTON

## NOTICE OF INTENTION
## TO PAY ADDITIONAL CLAIM

NOW comes the Trustee and notifies the debtor(s) and the debtor(s) attorney of record that the following claim filed against the estate of the debtor(s), and that such claim was not included in the previous Notice of Intent to Pay Cla

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | % TO PAY | CLASSIFICATION |
|---|---|---|---|---|
| 00004 | ATTORNEY GENERAL STATE OF OHIO COLLECTION ENFORCEMENT 150 E GAY ST 21ST FL COLUMBUS, OH  43215 | 232.81 | 100.00 | Secured |

The Trustee has examined the claim as filed and pursuant to 11 U.S.C. 502(a) the claim is deemed allowed for t amount claimed, payable in the manner classified, subject to the provisions of the Chapter 13 Plan and other Court orde

NOTICE IS HEREBY GIVEN of the intention of the Chapter 13 Trustee to allow the claim of the creditor name the amount set forth above pursuant to 11 U.S.C. 502(a), and Rule 3010 (b), Rules of Bankruptcy Procedure.  Unless w twenty-one (21) days after this date an Objection to Claim along with a Notice of Motion and Opportunity for Hearing i with the Court, and served on the undersigned, and the claimant, the claim shall be allowed.

Dated: July 12, 2017

/s/Frank M. Pees
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthingon, Ohio 43085
(614) 436-6700
trustee@ch13.org

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  Charles R Drake Jr  
        Virginia L Drake

CASE NO: 16-57583

CHAPTER 13

JUDGE: C KATHRYN PRESTON

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2017, a copy of the foregoing Notice of Intention to Pay Additional Claim was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

**Notice will be electronically mailed to:**

Asst US Trustee (Col)  
Frank M. Pees  
Mitchell Marczewski

**and on the following by ordinary U.S. Mail addressed to:**

Charles R Drake Jr  
Virginia L Drake  
18998 Twp. Rd. 441  
Warsaw, OH  43844

ATTORNEY GENERAL STATE OF OHIO  
COLLECTION ENFORCEMENT  
150 E GAY ST 21ST FL  
COLUMBUS, OH  43215